JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JACQUELINE MARMOLEJO,

     Plaintiff,

     v.

DESERT STAR TRANSPORTATION LLC, et al.,

     Defendants.

Case No. 2:25-cv-11760-AB (PVCx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

All scheduling hearings are therefore VACATED.

Dated:  January 26, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1